# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**CIVIL MINUTES - GENERAL**

Case No.: CV04-8413-AHM (RCx)     Date: August 29, 2005

Title: HILLS PET NUTRITION, INC. v. NUTRO PRODUCTS, INC., et al.

DOCKETED ON CM
AUG 29 2005
BY _____ 077

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

   David K. Callahan
   C. Graham Gerst

Attorneys Present for Defendants:

   Patrick Kuehl, Jr.
   Richard R. Johnson
   Robert C. Baker
   Phillip A. Baker

**Proceedings:**    (1) DEFENDANT'S MOTION TO BIFURCATE [Filed 7/18/05]

DEFENDANT'S MOTIONS *IN LIMINE*:
(2) to Exclude Phillip Johnson's Expert Report and Testimony From This Case [Filed 7/18/05]
(3) to Exclude Walter Bratic's Expert Report and Testimony from this Case [Filed 7/18/05]
(4) Miscellaneous Motions [Filed 7/18/05]

PLAINTIFF'S MOTIONS *IN LIMINE*:
(5) No. 1 to Preclude Nutro from Offering Any Documents That it Did Not Already Produce During Discovery or on Summary Judgment [Filed 7/18/05]
(6) No. 2 to Preclude Nutro from Referring to Evidence Testimony, or Argument Not Already Disclosed in this Matter Related to Approval of Nutro's Ads and Claims at Issue [Filed 7/18/05]
(7) No. 3 to Preclude Nutro from Referring to Additional Evidence, Testimony, or Argument Not Already Produced Regarding Whether Nutro's Foods Contain Animal By-products [Filed 7/18/05]
(8) No. 4 to Preclude Nutro from Referring to the Colgate-Palmolive Company [Filed 7/18/05]
(9) No. 5 to Preclude Nutro from Referring to the Parties' Kansas Litigation and Other Prior Disputes Unrelated to this Litigation [Filed 7/18/05]
(10 No. 6 to Preclude the Parties from Entering Evidence of Prior Statements by this Court [Filed 7/18/05]
(11) No. 7 to Preclude Nutro from Arguing That Liver Is Not an "Internal Organ" or That Chicken Liver Is Not a "Chicken By-product" [Filed 7/18/05]; non-evidentiary

Cause called; appearances made.

Pretrial conference held.

Court rules on the pending motions *in limine* as follows:

(1) DEFENDANT'S MOTION TO BIFURCATE [Filed 7/18/05] - **DENIED**

DEFENDANT'S MOTIONS *IN LIMINE*:
(2) to Exclude Phillip Johnson's Expert Report and Testimony From This Case [Filed 7/18/05] - **DENIED**
(3) to Exclude Walter Bratic's Expert Report and Testimony from this Case [Filed 7/18/05] - **DENIED**

(410)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    CV04-8413-AHM (RCx)            Date    August 29, 2005

Title       HILLS PET NUTRITION, INC. v. NUTRO PRODUCTS, INC., et al.

(4) Miscellaneous Motions [Filed 7/18/05] - **GRANTED IN PART and DENIED IN PART**

PLAINTIFF'S MOTIONS *IN LIMINE*:
(5) No. 1 to Preclude Nutro from Offering Any Documents That it Did Not Already Produce During Discovery or on Summary Judgment [Filed 7/18/05 - **DENIED**
(6) No. 2 to Preclude Nutro from Referring to Evidence Testimony, or Argument Not Already Disclosed in this Matter Related to Approval of Nutro's Ads and Claims at Issue [Filed 7/18/05] - **DENIED**
(7) No. 3 to Preclude Nutro from Referring to Additional Evidence, Testimony, or Argument Not Already Produced Regarding Whether Nutro's Foods Contain Animal By-products [Filed 7/18/05] - **DENIED**
(8) No. 4 to Preclude Nutro from Referring to the Colgate-Palmolive Company [Filed 7/18/05] - **GRANTED**
(9) No. 5 to Preclude Nutro from Referring to the Parties' Kansas Litigation and Other Prior Disputes Unrelated to this Litigation [Filed 7/18/05] - **GRANTED**
(10 No. 6 to Preclude the Parties from Entering Evidence of Prior Statements by this Court [Filed 7/18/05]- **GRANTED**
(11) No. 7 to Preclude Nutro from Arguing That Liver Is Not an "Internal Organ" or That Chicken Liver Is Not a "Chicken By-product" [Filed 7/18/05]; non-evidentiary - **DENIED**

Court orders the parties to meet and confer and file by not later than September 12, 2005 a joint statement on the Court's motions *in limine* rulings.

Court advises counsel of the 10-hour per side, time limitation that will be imposed on counsel for questioning witnesses during the course of the trial and will notify counsel of the time limitations for opening and closing arguments on the first day of trial.

Court also orders the parties to prepare and submit a glossary of terms and a proposed chronology of events for the jurors' use during the trial. If acceptable, the Court intends to identify and admit these items into evidence as Court Exhibits 1 and 2. In addition, the Court instructs counsel to prepare four sets of witness binders for use by the jurors during deliberation.

Court also orders plaintiff to prepare a stipulation and order relating to the authentication of certain documents in *lieu* of having witness Blair testify at trial.

Court grants defendant's objection to witness Partee and will preclude him from testifying at trial. Plaintiff may, if exceptional circumstances arise, file a motion to allow him to testify. Plaintiff withdraws proposed witnesses Munschoff, Putnam and Wheeler, making Defendant's objections moot.

As to witness Griffin, defendant may make a motion to preclude him testifying at trial. Witness Harding may testify at trial.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV04-8413-AHM (RCx) | Date | August 29, 2005 |
| Title | HILLS PET NUTRITION, INC. v. NUTRO PRODUCTS, INC., et al. | | |

Court also orders the parties to meet and confer and prepare a new joint exhibit list. The Court reserves its ruling on the exhibit issue.

Court questions counsel regarding settlement negotiations. Court advised that there is an outstanding partial settlement proposal.

Initials of Preparer    : 10